In the Matter of the Arbitration between HUGH H. EBY, Respondent, and EBY SPECIALTY CORPORATION, Appellant.

Submitted November 14, 1949; decided November 23, 1949.

*Andrew Eckel* opposed.

Motion denied, with $10 costs and necessary printing disbursements, on the ground the appeal lies as of right.